Stephen Taylor (*phv*)
Sergei Lemberg (*phv*)
Lemberg Law LLC
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: staylor@lemberglaw.com

Trinette G. Kent, Esq. (Bar No. 222020)
Of Counsel in Arizona and California
Lemberg Law LLC
10645 North Tatum Blvd.
Suite 200-192
Phoenix, AZ 85028
Telephone:   855-301-2100 ext. 5533
Facsimile:  203-653-3424
E-mail: tkent@lemberglaw.com
Attorneys for Plaintiff,
Cecilia Lluberes

Attorneys for Plaintiff,
Cecilia Lluberes

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cecilia Lluberes, *on behalf of herself and others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> DriveTime Automotive Group Inc., <br><br> Defendant. | Case No.:  2:15-cv-00388-SRB <br><br> **NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in principle and anticipate filing dismissal documents within the next thirty (30) days.

DATE: December 11, 2015

By: /s/ Stephen Taylor
Stephen Taylor, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Cecilia Lluberes

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on December 11, 2015, a copy of the foregoing was filed with the Clerk of the Court which sent notice of such filing to the following:

Martin Bryce
Ballard Spahr LLP - Philadelphia
1735 Market Street, 51st Fl.
Philadelphia, PA 19103-7599
bryce@ballardspahr.com

William Henry Knight
Ballard Spahr LLP - Phoenix, AZ
1 E Washington St., Ste. 2300
Phoenix, AZ 85004-2555
KnightW@ballardspahr.com

*Attorneys for Defendant*

                                          By: ___/s/   Stephen Taylor_____
                                          Stephen Taylor, Esq.