# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cecilia Lluberes,<br><br>                Plaintiff,<br><br>v.<br><br>DriveTime Automotive Group Incorporated, et al.,<br><br>                Defendants. | No. CV-15-00388-PHX-SRB<br><br>**ORDER** |

Plaintiff having filed a Notice of Settlement;

IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 14th day of December, 2015.

_____
Susan R. Bolton
United States District Judge