William H. Knight (030514)
knightw@ballardspahr.com
Ballard Spahr LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ  85004-2555
Telephone:   602.798.5400
Facsimile:    602.798.5595

Martin C. Bryce, Jr. (*phv pending*)
bryce@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone:   215.864.8238
Facsimile:    215.864.8999

*Attorneys for Defendant*
*DriveTime Automotive Group, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cecilia Lluberes, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DriveTime Automotive Group, Inc.,<br><br>Defendant. | CASE NO. 2:15-CV-00388-SRB<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF FIRST AMENDED CLASS ACTION COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL OF THIRD PARTY COMPLAINT** |
| DriveTime Automotive Group, Inc.,<br><br>Third Party Plaintiff,<br><br>v.<br><br>Ianezka Eunice Zamora a/k/a Ianezka Eunice Naddaf and John Doe Naddaf, *husband and wife*,<br><br>Third Party Defendants. | |

      Plaintiff Cecilia Lluberes ("Lluberes") and Defendant/Third Party Plaintiff DriveTime Automotive Group, Inc. ("DriveTime") (collectively, "Parties"), through counsel and pursuant to Rules 41(a)(1)(A)(i)–(iI) and 41(c)(1), Fed. R. Civ. P., hereby stipulate that the First Amended Class Action Complaint and the Third Party Complaint

DMEAST #24168336 v2

in the above-captioned action may be dismissed with prejudice in their entirety against all named Defendants and Third Party Defendants, with each party to bear its own attorneys' fees and costs.

A proposed form of order is lodged concurrently herewith.

DATED this 11th day of January, 2016.

BALLARD SPAHR LLP

By: */s/ William H. Knight*
William H. Knight
Martin C. Bryce (*pro hac vice*)
1 E. Washington Street, Suite 2300
Phoenix, AZ  85004-2555
Attorneys for Defendant

By: */s/ Stephen Taylor (with permission)*
Stephen Taylor
Lemberg Law LLC
1100 Summer Street
Stamford, CT  06905
Attorneys for Plaintiff

By: */s/ Trinette G. Kent (with permission)*
Trinette G. Kent
Lemberg Law LLC
10645 N. Tatum Boulevard, Suite 200-192
Phoenix, AZ  85028
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of January, 2016, I electronically transmitted a PDF version of this document to the U.S. District Court Clerk's Office, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

A courtesy copy of the foregoing document was e-mailed this same date to:

Stephen Taylor
Lemberg Law LLC
1100 Summer Street
Stamford, CT  06905
staylor@lemberglaw.com
*Attorneys for Plaintiff*

Trinette G. Kent
Lemberg Law LLC
10645 North Tatum Boulevard
Suite 200-192
Phoenix, AZ  85028
tkent@lemberglaw.com
*Attorneys for Plaintiff*


By: */s/ Valerie Corral*

DMEAST #24168336 v2

3