IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cecilia Lluberes, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DriveTime Automotive Group, Inc.,<br><br>Defendant. | CASE NO. 2:15-CV-00388-SRB<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE OF FIRST AMENDED CLASS ACTION COMPLAINT AND NOTICE OF VOLUNTARY DISMISSAL OF THIRD PARTY COMPLAINT** |
| DriveTime Automotive Group, Inc.,<br><br>Third Party Plaintiff,<br><br>v.<br><br>Ianezka Eunice Zamora a/k/a Ianezka Eunice Naddaf and John Doe Naddaf, *husband and wife*,<br><br>Third Party Defendants. | |

Upon consideration of the Plaintiff Cecilia Lluberes' ("Lluberes") and Defendant DriveTime Automotive Group, Inc.'s ("DriveTime") joint Stipulated Dismissal With Prejudice of First Amended Class Action Complaint and Notice of Voluntary Dismissal of Third Party Complaint (Doc. 75) ("Stipulated Dismissal"),

IT IS ORDERED that the Stipulated Dismissal is granted.

IT IS FURTHER ORDERED:

1. That all claims raised in the First Amended Class Action Complaint (Doc. 65) and the Third Party Complaint (Doc. 68) are dismissed in their entirety, with prejudice; and,

2. That each party shall bear its own costs and attorneys' fees.

Dated this 12th day of January, 2016.

_____
Susan R. Bolton
United States District Judge